## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Clarksburg

**JIMORI ROBINSON,**
**JEFFREY WEIMER,**
**TYE EDWARDS,** and
**JUSTIN HARRINGTON,**

      Plaintiffs,

v.                               **CIVIL ACTION NO. 1:25-CV-75**
                                     Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC**
**ASSOCIATION,**

      Defendant.

### ORDER

A hearing is hereby **SCHEDULED** for **Tuesday, August 19, 2025, at 2:00 p.m.** in the North Courtroom, Second Floor, of the Frederick P. Stamp, Jr. Federal Building and United States Courthouse in Wheeling, West Virginia, before the undersigned.  Plaintiffs are **ORDERED** to provide actual notice of the hearing to defendant on or before **Thursday, August 6, 2025, at 5:00 p.m.**

Plaintiffs are **DIRECTED** to file a brief addressing the entitlement to a preliminary injunction on or before **August 8, 2025**.

Defendant is **DIRECTED TO FILE** a Response on or before **August 14, 2025**.

No Reply shall be filed by plaintiffs.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** August 6, 2025.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE