IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JIMORI ROBINSON, JEFFREY WEIMER, TYE EDWARDS and JUSTIN HARRINGTON,**

    Plaintiffs,

v.                                               Civil Action No. 1:25-cv-75

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**

    Defendant.

---

**STATUS UPDATE AND NOTICE OF COMPLIANCE WITH COURT ORDER**

---

On August 6, 2025, this Court entered an Order requiring that Plaintiffs "provide actual notice of the hearing to defendant on or before Thursday, August 6, 2025, at 5:00 p.m." By 5:00 p.m., August 6, 2025, Plaintiffs were in contacted with counsel for Defendant and confirmed that Defendant was aware of the Complaint and this Court's August 25, 2025 Order in this matter.

                                          s/ John Gianola

                                          John F. Gianola (W.Va. Bar #10879)
                                          Lewis Gianola PLLC
                                          1714 Mileground
                                          Morgantown, WV  26505
                                          (304) 291-6300

                                          *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JIMORI ROBINSON,**
**JEFFREY WEIMER, TYE**
**EDWARDS and JUSTIN**
**HARRINGTON,**

    **Plaintiffs,**

v.                                                  **Civil Action No. 1:25-cv-75**

**NATIONAL COLLEGIATE**
**ATHLETIC ASSOCIATION,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, John F. Gianola certify that on August 7, 2025, I served a copy of the foregoing **Status Update and Notice of Compliance with Court Order** by electronic means to the following:

Benjamin Bailey
Bailey Glasser LLP
209 Capitol Street
Charleston, WV 25301

*Counsel for Defendant*

                                                  s/ John Gianola
                                                  John F. Gianola (W.V. Bar #10879)
                                                  Lewis Gianola PLLC
                                                  300 Summers St.
                                                  Suite 700
                                                  Charleston, WV 25301
                                                  (304) 345-2000